# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DAYCO FUNDING CORPORATION, A CALIFORNIA CORPORATION,<br>          Appellant/Cross-Respondent,<br>vs.<br>ISAAC NORMAN, AN INDIVIDUAL<br>          Respondent.<br>and<br>MICHAEL J. MONA, JR. AND RHONDA H. MONA AS TRUSTEES OF THE MONA FAMILY TRUST; AND MICHAEL J. MONA, JR., AN INDIVIDUAL,<br>          Respondents/Cross-Appellants, | No. 81971 |
| MICHAEL J. MONA, JR. AND RHONDA HELENE MONA AS TRUSTEES OF THE MONA FAMILY TRUST; AND MICHAEL J. MONA, JR., AN INDIVIDUAL,<br>          Appellants,<br>vs.<br>DAYCO FUNDING CORPORATION, A CALIFORNIA CORPORATION,<br>          Respondent. | No. 82638 ✔ |

FILED

APR 1 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____ S. Young _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL IN DOCKET NO. 82638

Cause appearing, the parties' joint motion for a voluntary dismissal of the appeal in Docket No. 82638 is granted. The appeal in Docket No. 82638 only is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-11674

cc: Hon. Elizabeth Goff Gonzalez, District Judge
Paul M. Haire, Settlement Judge
Marquis Aurbach Coffing
Shea Larsen
Law Offices of John M. Netzorg
Eighth District Court Clerk